UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ 3rd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Julio F Muguira         JOINT DEBTOR: _____         CASE NO.: 15-21603

SS#: xxx-xx- 2102                SS#: xxx-xx- _____

**I. NOTICES**

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

**II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,769.14       for months  1  to  31 ;
2. $5,626.12       for months  32  to  32 ;
3. _____     for months ____ to ____ ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Fees: | $5750.00 | Total Paid: | $2000.00 | Balance Due: | $3750.00 | |
| Payable | $90.72 | /month (Months 1 to 31 ) | | | | |
| Payable | $937.50 | /month (Months 32 to 32 ) | | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
$3,500 Chapter 13 Case; $1,500 for MMM, $750.00 MTV

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III. TREATMENT OF SECURED CLAIMS**

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Bank of America

   Address: PO Box 5170
   Simi Valley, CA 93062

   Arrearage/ Payoff on Petition Date
   MMM PPP Permanent Payment     $1,068.81   /month (Months  1  to  31  )

   Last 4 Digits of Account No.:   1433

Other: _____

☒ Real Property                                   Check one below for Real Property:
   ☒ Principal Residence                      ☒ Escrow is included in the regular payments
   ☐ Other Real Property                       ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
3340 Palomino Drive Unit 202
Hollywood, FL

☐ Personal Property/Vehicle
Description of Collateral: _____

2. Creditor: Villas of Palomino Condo

   Address: 2950 N 28 Terrace
         Hollywood, FL 33020

Arrearage/ Payoff on Petition Date       $7,410.00
Arrears Payment (Cure)                   $120.81     /month (Months 1 to 31)
Arrears Payment (Cure)                   $3,664.84   /month (Months 32 to 32)

Last 4 Digits of Account No.: 2122

Other: _____

☒ Real Property                                   Check one below for Real Property:
   ☒ Principal Residence                      ☐ Escrow is included in the regular payments
   ☐ Other Real Property                       ☒ The debtor(s) will pay   ☒ taxes   ☒ insurance directly

Address of Collateral:
3340 Palomino Drive Unit 202
Hollywood, FL

☐ Personal Property/Vehicle
Description of Collateral: _____

3. Creditor: Villas of Palomino Condo

   Address: 2950 N 28 Terrace
         Hollywood, FL 33020

Arrearage/ Payoff on Petition Date
Regular Payment (Maintain)               $320.85     /month (Months 1 to 31)

Last 4 Digits of Account No.: 2122

Other: _____

☐ Real Property                                   Check one below for Real Property:
   ☐ Principal Residence                      ☐ Escrow is included in the regular payments
   ☐ Other Real Property                       ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☐ Personal Property/Vehicle
Description of Collateral: _____

**B. VALUATION OF COLLATERAL:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
☒ NONE

Debtor(s): Julio F Muguira          Case number: 15-21603

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☐ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Bank of America | 1433 | 3340 Palomino Drive Unit 202 Hollywood, FL |
| 2. | Villas of Palomino | 2122 | 3340 Palomino Drive Unit 202 Hollywood, FL |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **INTERNAL REVENUE SERVICE:** ☒ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay  $107.11  /month (Months  1  to 31 )

   Pay  $512.32  /month (Months  32  to 32 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

The Debtor will begin do make his payments directly to the Association and Bank on 32th month.

☐ Mortgage Modification Mediation

Debtor(s): Julio F Muguira     Case number: 15-21603

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Julio Muguira          Debtor  1/10/2018                                Joint Debtor
Julio F Muguira                    Date                                                      Date


/s/ Ricardo Corona, Esq.       1/10/2018
Attorney with permission to sign on      Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**